UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

```
                                          FILED       RECEIVED
                                          ENTERED     SERVED ON
                                                      COUNSEL/PARTIES OF RECORD

                                               SEP - 2 2014

                                          CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                          BY:_____ DEPUTY
```

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE May 22, 2013 TERM. 13-02 | MINUTES OF COURT<br>DATE: September 2, 2014 @ 1:23 PM – 1:25 PM |

PRESENT:    The Honorable    Peggy A. Leen   , U.S. Magistrate Judge.

DEPUTY CLERK:    Araceli Bareng         REPORTER:   Bonnie Terry

UNITED STATES ATTORNEY:   Amber Craig      COURTROOM:   3B

A roll call of the Grand Jury is taken with  22  members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There are  2  SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| 2:14-CR-298 | 3 SEALED DEFENDANTS | 3 WARRANTS |
| 2:14-CR-299 | 3 SEALED DEFENDANTS | 1 WARRANT<br>2 SUMMONS |
| 2:13-CR-301<br>SUPERSEDING<br>2:13-MJ 563 CWH | PAUL EDWARD DAVIS | FEDERAL<br>CUSTODY |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:14-CR-299 & 2:13-CR-301** will be held on **Thursday, September 11, 2014 @ 3:00 pm** before **MAGISTRATE JUDGE CAM FERENBACH in Courtroom 3D.**

**IT IS FURTHER ORDERED** that the Arraignment and Plea as to the remaining cases will be held at the time of the Initial Appearance.

                                          LANCE S. WILSON, Clerk
                                          United States District Court

                                          /S/ Araceli Bareng

                                          Deputy Clerk