3

9626793

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:14-cr- 298 |
| RANDALL S. PETAS | ) |
| Defendant | ) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  RANDALL S. PETAS                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18/1349 - Conspiracy to Commit Wire Fraud
18/1343 - Wire Fraud

LANCE S. WILSON                                    9/2/2014  Las Vegas, Nevada
CLERK                                              DATE
*Lance S. Wilson*
(By) DEPUTY CLERK

### Return

This warrant was received on *(date)* 09/02/14, and the person was arrested on *(date)* 09/15/14
at *(city and state)* LAS VEGAS, NV

Date: 09/15/14

Arresting officer's signature

Printed name and title